## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE

Index No.: **6:23-cv-06286-FPG**
Date Filed: **05/25/2023**

| | |
|---|---|
| Plaintiff(s): | **Madison May** |
| Defendant(s): | **Steuben County, et al** |

State of New York, County of Steuben     ss.:

**Andrew Falco**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **06/07/2023** at **10:23 AM**, I served the Summons in a Civil Action; Complaint on

**Steuben County DSS** at **3 East Pulteney Square, Bath, NY 14810** in the manner indicated below:

**GOVERNMENTAL SERVICE**: By delivering a true copy of said documents to **Debbie Spencer-Senior Typist,** Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Steuben County DSS and received an affirmative reply. An approximate description of Debbie Spencer-Senior Typist is as follows:

Sex: **Female**  Color of skin/race: **White**  Color of hair: **Brown**  Age: **51**  Height: **5 ft 2 in**  Weight: **140 lbs.**

Sworn to and subscribed before me on  06/08/2023
This electronic notarial act involved a remote online appearance involving the use of communication technology.

X  *Andrew Falco*
Andrew Falco

*Jenna Towner* (signature)

Jenna Towner
Notary Public – State of New York
Notary Public # 01TO0000437
Qualified in Steuben County
Commission Expires 02-02-2027

## Law Office of David H. Jacobs




*189451*