# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No. **6:23-cv-06286-FPG**
Date Filed: **05/25/2023**

| | |
|---|---|
| Plaintiff(s): | **Madison May** |
| Defendant(s): | **Steuben County, et al** |

State of New York, County of Steuben     ss.:

**Andrew Falco**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **06/14/2023** at **4:17 PM**, I served the Summons in a Civil Action; Complaint to

**Carolyn Jackson** at **6 Cleveland Street, Addison, NY 14801** in the manner indicated below:

**PERSONAL SERVICE**: By delivering a true copy of said documents to the individual personally. The individual served confirmed their identity at the time of service. An approximate description of Carolyn Jackson is as follows:

Sex: **Female**   Color of skin/race: **White**   Color of hair: **Gray**   Age: **72**   Height: **5 ft 2 in**   Weight: **140 lbs.**

The deponent asked whether Carolyn Jackson was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that Carolyn Jackson is not in the military and is not financially dependent on someone in active military service of the United States or the State of New York.

06/15/2023

Sworn to and subscribed before me on _____
This electronic notarial act involved a remote online appearance involving the use of communication technology.

*Jenna Towner*

X *Andrew Falco*
Andrew Falco

Jenna Towner
Notary Public – State of New York
Notary Public # 01TO0000437
Qualified in Steuben County
Commission Expires 02-02-2027

**Law Office of David H. Jacobs**





*189449*