UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
Madison May

                      Plaintiff,
     vs.                                         CERTIFICATE REGARDING
                                                                  DISCOVERY
                                                                 Index No. 6:23-cv-06286

COUNTY OF STEUBEN,
STEUBEN COUNTY DEPARTMENT OF
SOCIAL SERVICES, COLLEEN CRAMP,
CAROLYN JACKSON,
                         Defendants.
-------------------------------------------------------------

<u>CERTIFICATE REGARDING DISCOVERY</u>

      The Plaintiff, Madison May, by counsel, David H. Jacobs, Esq. of the Law Office of David H. Jacobs hereby certifies that on the 13th day of July, 2023, Plaintiffs' Rule 26(a)1 disclosures were emailed to David H. Fitch, Esq. Attorneys for Defendants Steuben County and Steuben County Dept. Soc. Services and Barry Janay, Attorney for Defendant Carolyn Jackson.

Dated: July 13, 2023

                                                        Respectfully submitted,

                       By:     <u>*dhj*</u>_____
                                  David H. Jacobs, Esq.
                                  Law Office of David H. Jacobs
                                  Attorneys for Plaintiff's
                                  5 East Market Street
                                  Suite 309
                                  Corning, New York 14830
                                  Tel: (240) 447-0651
                                  david@dhjacobslaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Certificate Regarding Discovery was emailed, this 13th day of July 2023, to:

David H. Fitch, Esq.
*Attorneys for Defendant Steuben County and Steuben County Dept. Soc. Services*
300 Bausch & Lomb Place Rochester, New York 14604
Telephone: (585) 258-2800
dfitch@underbergkessler.com
Bar No. 2873370

Barry Janay
Attorney for Carolyn Jackson
The Law Office of Barry E. Janay, P.C.
354 Eisenhower Parkway, Suite 1250
Livingston, NJ 07039
bjanay@lobej.com]

By:

                              *dhj*
                              David H. Jacobs, Esq.
                              Law Office of David H. Jacobs
                              Attorneys for Plaintiff
                              5 East Market Street
                              Suite 309
                              Corning, New York 14830
                              Tel: (240) 447-0651
                              david@dhjacobslaw.com